AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| DIEDRA HAWKINS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-1334 |
| WEST PENN ALLEGHENY HEALTH SYSTEM | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Diedra Hawkins                                                                                           .

Date: 02/06/2014

s/Sarah Martin
*Attorney's signature*

Sarah Martin (PA I.D. 316419)
*Printed name and bar number*

Feinstein Doyle Payne & Kravec, LLC
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA 15219
*Address*

smartin@fdpklaw.com
*E-mail address*

(412) 281-8400
*Telephone number*

(412) 281-1007
*FAX number*